**Electronically Filed
Supreme Court
SCWC-29859
14-JUN-2012
09:21 AM**

SCWC-29859

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WILLARD M. IMAMOTO,
Petitioner/Plaintiff-Appellant,

vs.

HAWAI'I STATE HOSPITAL; DR. JULIE TRIHN; RUPERT GOETZ;
CHIYOMI FUKINO; JAMIE ROMAN; DUDLEY AKAMA,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29859; CIVIL NO.08-1-0823)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Chan, in place of Duffy, J., recused)

Petitioner/Plaintiff-Appellant Willard M. Imamoto's application for writ of certiorari filed on May 1, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, June 14, 2012.

Willard M. Imamoto,
petitioner/plaintiff-
appellant pro se on the
application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Derrick H.M. Chan

